**PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP**
R. Derek Classen, Esq. (Bar No. 162805)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
dclassen@prindlelaw.com
TARG-0242

Attorneys for Defendant, TARGET STORES, a Division of TARGET CORPORATION, erroneously served and sued herein as TARGET CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| THERESA LUCIO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION and DOES 1 to 10, Inclusive,<br><br>　　　　Defendants. | CASE NO. EDCV07-01350 SGL (OPx)<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL OF DEFENDANT, TARGET STORES, A DIVISION OF TARGET CORPORATION** |

Pursuant to Rule 41(a)(1), the settlement reached by the parties and the Stipulation for Dismissal, the Court hereby dismisses the complaint, with prejudice.

IT IS SO ORDERED

DATED:　　November 04, 2009

_____
U.S. DISTRICT JUDGE

1
[PROPOSED] ORDER REGARDING STIPULATION FOR DISMISSAL OF DEFENDANT, TARGET STORES

RDC/TARGET/LUCIO/PLEADINGS/StipulationDismissalOrder.doc